# Exhibit 6



# Chicagodigitalassetexchange.com - Chicago Digital Asset Exchange

On this page:
Whois
DNS records
Events timeline

## WHOIS chicagodigitalassetexchange.com

updated on 8/11/18, 9:14 AM

The « WhoIs » is a publicly available database that stores the registration information on a domain name.

Creation date: Saturday, August 11, 2018
Expiration date: Sunday, August 11, 2019
Record last update: Saturday, August 11, 2018
Domain ID: 2296132399_DOMAIN_COM-VRSN
Registrar: Google Inc.
Registrar IANA ID: 895
Domain status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Nameservers: NS-CLOUD-B1.GOOGLEDOMAINS.COM, NS-CLOUD-B2.GOOGLEDOMAINS.COM, NS-CLOUD-B3.GOOGLEDOMAINS.COM, and NS-CLOUD-B4.GOOGLEDOMAINS.COM
WHOIS server: whois.google.com