# Exhibit 7

**Call with Russ: 1pm-1:27pm CT.**

He reached out to ▮, who referred to ▮. It moved quickly.

What are the two challenges facing Seed?
- In his opinion we need a DCO or it won't launch.
- Need a lending solution.

Neither of those solutions we have and he thinks he can build them. He is "willing to collaborate and so forth".

This disconnect is he should have told us about it. It was a blunder but he "is not obligated to do it".

What is his plan? A lending solution, DCO.

"Seed doesn't need to be a customer".

MGEX, Nadex and LedgerX won't do it.

It's contrary to our business.

"Edward is aware" that Russ has been looking at this.

He doesn't want his "hands tied by our legal relationship". Hasn't done anything wrong.

"I've known someone for 20 years. Of course I will meet them. In hindsight was foolish."

"I can do it. Not technically impaired. I know how to do it."

"I'm not willing to do this without economic benefit."

"You went behind our back." "Yeah I did"

"As the evidence builds it's clear that this is needed in the market"

"Documented in writing that I'll be doing something in clearing"

"I don't have a team but I can get one quickly."

"I don't think there is an appreciation for how difficult it is."

"The whole situation with ▮ is conflicted. I will go elsewhere."

"Who has benefited? Not me."

"I could be a big fucking cunt right now if I wanted to."