IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEED CX LTD., <br><br> Plaintiff, <br><br> v. <br><br> RUSSELL ANDERSSON and HEALTH CARE ANALYTICS, LLC, <br><br> Defendants. | Case No. 18-cv-6022 <br><br> The Hon. Edmond E. Chang |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL SEED CX LTD'S NOTIFICATION AS TO AFFILIATES**

Plaintiff Seed CX Ltd. respectfully moves for an order sealing its Notification as to Affiliates.

As described in the Declaration of Edward Woodford in support of Seed CX Ltd.'s Emergency Motion for A Temporary Restraining Order and Preliminary Injunction, the company maintains the secrecy of its investors and future customers and does not disclose their identities. The companies or individuals that Seed must identify under its Notification as to Affiliates are not generally known. Seed CX submits these names for the Court's and parties' assessment of any conflicts of interests. But Seed CX asks the Court to seal the document to prevent further distribution.

September 4, 2018　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/  Katharine A. Roin

　　　　　　　　　　　　　　　　　　　　　　Matthew R. Ford (ARDC# 6292833)
　　　　　　　　　　　　　　　　　　　　　　matthew.ford@bartlit-beck.com
　　　　　　　　　　　　　　　　　　　　　　Katharine A. Roin (ARDC# 6302872)
　　　　　　　　　　　　　　　　　　　　　　kate.roin@bartlit-beck.com
　　　　　　　　　　　　　　　　　　　　　　Bartlit Beck Herman Palenchar & Scott LLP
　　　　　　　　　　　　　　　　　　　　　　54 West Hubbard Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　　　Phone: (312) 494-4400
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 494-4440

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Katharine A. Roin, hereby certify that on September 4, 2018, I filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to all counsel of record.

By: /s/ *Katharine A. Roin*

Katharine A. Roin (ARDC# 6302872)
kate.roin@bartlit-beck.com
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312) 494-4400

*Attorney for Plaintiff*