# Exhibit 4




**From:** Russ Andersson
<[randersson@gmail.com](mailto:randersson@gmail.com)>
**Date:** August 21, 2018 at 9:09:54 AM CDT
**To:** "[REDACTED]"
[REDACTED]>
**Subject: Context for our Meeting**

[REDACTED]:

Thank you for graciously agreeing to meet with me next Monday. I am looking forward to it.

In terms of context for the meeting, I have known Salil for years and wanted to pitch him on a CFTC/SEC regulated exchange/clearing house opportunity. However, given he is out on vacation, he wanted me to move the ball with you in the interim.

I am an exchange entrepreneur having founded Nadex a DCM/DCO, that pioneered a number of concepts now widely used, and have been involved in several other DCM/DCO startups. I have also listed and traded more than 70 CFTC approved derivatives, which is more than the rest of the exchange industry combined. In fact




I am an exchange entrepreneur having founded Nadex a DCM/DCO, that pioneered a number of concepts now widely used, and have been involved in several other DCM/DCO startups. I have also listed and traded more than 70 CFTC approved derivatives, which is more than the rest of the exchange industry combined. In fact, many of my products were copied by the CBOE, CME, Canter, and NYMEX etc. And key Nadex concepts has been copied by Canter, LedgerX etc and some codified into law (like LSOC). I was on the board of Seed and helped Seed get SEF designation etc, and am winding down my relationship with them.

I have been following the Cypto space for some time, and the revenue opportunities there are compelling. As you know, Crypto exchanges make tons of money, 10x more than other asset classes on a unit of risk basis traded. They are second only to equities in the revenue they produce. And exchanges are good businesses, scalable, high margin, defensible etc. While there is a lot of noise/activity in the space nobody seems to be making any meaningful regulatory progress and many of these




equities in the revenue they produce. And exchanges are good businesses, scalable, high margin, defensible etc. While there is a lot of noise/activity in the space nobody seems to be making any meaningful regulatory progress and many of these competitive teams are facing fundamental blockers around clearing mainly. (Coinbase, CME, CBOE, Bakkt (for example they just announced today that they won't support margin ... in other words, what Nadex was doing 15 years ago and what LedgerX does today ... weak) I have solutions for the clearing issue, the shorting issue, the margin issue, and other challenges and have developed a vastly superior exchange/clearing model. It's quick inexpensive to build, fast to regulate, easy to access, compresses liquidity, etc and provides numerous other customer benefits that i will profile for you. Its vastly superior to anything that I have seen announced or unannounced ... this model could own the crypto derivatives space, and has unicorn potential.

Ideally we are looking for a SV venture group to match a capital markets investor, ideally from the prime brokerage space, so




Ideally we are looking for a SV venture group to match a capital markets investor, ideally from the prime brokerage space, so wanted to get the ball rolling with ███. Hence the meeting.

I'm expecting you will be impressed, and at the very least you will learn a lot about exchanges that may help you in evaluating other parts of your portfolio and overseeing Seed.

I am looking forward to the meeting and appreciate your time.

Sincerely,
Russ

****

On Mon, Aug 20, 2018 at 3:13 PM, Russ Andersson <randersson@gmail.com> wrote:

> Perfect. Thank you.
>
> On Mon, Aug 20, 2018, 1:15 PM ███, ███ ███> wrote: