# Exhibit 8

Slack - Seed

**Seed**
mark.daly

business
# emergency
# general
# office
# operations
# **operations-updates**
# random
# support

Direct Messages
slackbot
mark.daly (you)
adam.leaman
adam.leaman, waseem
brian, sam.tegel
chintan
edwardw
edwardw, adam.leaman
lawrence
Maurice
russ
sam.tegel
sam.tegel, chintan
sam.tegel, Maurice
stephen
waseem

Apps

**russ**
Russ Andersson

Search

Monday, August 13th

Hi Russ, I've got the initial list of questions up. Added you as a follower in Asanna too.

Tuesday, August 14th

**russ** 9:22 AM
Mark, where is this FAQ document?

**mark.daly** 9:23 AM
https://docs.google.com/document/d/115m_qPla3luwOxftO1FRLy2Gs1bfsyjp-oZPnZqASZ4/edit?userstoinvite=russ@seedcx.com&ts=5b72e597&actionButton=1

Can you access that?

Friday, August 24th

**russ** 12:25 PM
Mark do we have a comscape anywhere, a landscaope of our competitors

**russ** 12:49 PM
I started one here and will continue to maintain it ,,,

Do we have an inhouse crypto researcher who can help pull it together?

**mark.daly** 12:55 PM
Hi Russ. I've looked at fees for custody and started putting that together. We have a full write up on coinbase institutional (will send). Strategy hired a quaint researcher to pull info from exchanges but the strategy intern position has been canceled. I'm out at the voice of blockchian conf today. But will ping you what I have.

**russ** 12:57 PM
No worries

Thank you and I have started one that I can share with you as well

This bakkt offering is a POS

https://docs.google.com/spreadsheets/d/1RgXV3ewwrZJs6loT7xjtW3a-mjEVf2Rg0kMbSwUFcOA/edit#gid=0

GDocs Spreadsheet

**Competive Players**
Spreadsheet from Google Drive

You are viewing the archives of a deactivated account Close

Type here to search

5:14 PM
9/2/2018

