# Exhibit 11

| | | |
|---|---|---|
| 📊 LATEST: SEED BOD FINANCIAL FORECASTS | Russell Andersson downloaded an item | Aug 16  4:49 PM |
| 📊 LATEST: SEED BOD FINANCIAL FORECASTS | Russell Andersson downloaded an item | Aug 16  4:49 PM |
| 📊 LATEST: SEED BOD FINANCIAL FORECASTS | Russell Andersson downloaded an item | Aug 16  4:49 PM |
| 📄 VaR Comparison.xlsx | Russell Andersson downloaded an item | Aug 16  11:32 AM |
| 📄 VaR Comparison.xlsx | Russell Andersson downloaded an item | Aug 16  11:32 AM |
| 📄 VaR Back-testing (Mt Gox) with competitors.xlsx | Russell Andersson downloaded an item | Aug 16  11:31 AM |
| 📄 VaR Back-testing (Mt Gox) with competitors.xlsx | Russell Andersson downloaded an item | Aug 16  11:31 AM |