THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEED CX LTD., <br><br> Plaintiff, <br><br> v. <br><br> RUSSELL ANDERSSON and HEALTH CARE ANALYTICS, LLC, <br><br> Defendants. | Case No. 18-cv-6022 <br><br> The Hon. Edmond E. Chang |

## DECLARATION OF BRIAN LISTON

1. My name is Brian Liston. I am the co-founder and COO/President of Seed CX.

2. I have personal knowledge of the following.

3. I had a telephone call with Russell Andersson on August 25, 2018. I am familiar with Mr. Andersson from his work as a consultant with Seed. During the course of that call, I took notes that memorialized parts of our conversation. I wrote these notes during the conversation itself and shortly after. I kept these notes as part of performing my role as co-founder and COO/President of Seed. It is my practice to take notes during important phone calls, especially those where it is necessary to convey the substance of these calls to my co-workers in order to manage the company.

4. The document attached as Exhibit 7 to Seed's Complaint and its Motion for a Temporary Restraining Order (with the heading "Call with Russ: 1pm-1:27pm CT") are my notes from that phone call.

5. I certify under penalty of perjury that the foregoing is true and correct.

Executed On: September 3, 2018

_____

Brian Liston