IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEED CX LTD., <br><br> Plaintiff, <br><br> v. <br><br> RUSSELL ANDERSSON and HEALTH CARE ANALYTICS, LLC, <br><br> Defendants. | Case No. 18-cv-6022 <br><br> The Hon. Edmond E. Chang |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO SEED'S COMPLAINT AND ITS MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiff Seed CX Ltd. respectfully moves for an order sealing certain exhibits to its Complaint and to the Declaration of Edward Woodford offered in support of Seed's Memorandum of Law in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("TRO Motion").

In support of its complaint and TRO Motion, Seed has provided factual support for its claims that the Defendants have misappropriated Seed trade secrets and misused Seed confidential information. "Courts in this district . . . have concluded trade secret 'allegations to be adequate in instances where the information and the efforts to maintain its confidentiality are described in general terms.'" *Mission Measurement Corp. v. Blackbaud, Inc.*, 216 F. Supp. 3d 915, 920 (N.D. Ill. 2016).

Seed CX has tried to allege misappropriation of its trade secrets and misuse of its confidential information in general terms. But there are certain exhibits that are material to Seed's motion and complaint that cannot be abstracted without detracting from the Court's consideration of the issues raised here. For these three exhibits, Seed CX asks the Court to seal the exhibits and

protect the parties' confidential information. For two more, Seed CX has redacted the identity of its investors, which is information that Seed maintains as confidential.

The first exhibit is an internal email describing Seed CX's idea and implementation for a proprietary aspect of its exchange. This information is not generally known, and for the reasons described in the Declaration of Edward Woodford, has a competitive value that derives from its secrecy. *See* Woodford Decl. at 26(d).

The second exhibit is a presentation created and given by the Defendants. This presentation features prominently in Seed CX's claims. But the document is not Seed CX's document, and neither the lawyers nor the company's principals know its confidential status. However, given the nature of the parties' businesses and the type of information contained, Seed CX believes that this information constitutes confidential business and economic information of the Defendants' and asks the Court to seal it.

The third document is a Slack conversation between the Defendant Andersson and an employee at Seed CX. This document reflects details about the company's financial modeling that are secret and not generally known (e.g., inputs into the company's model and assumptions for modeling that are competitively sensitive).

Finally, Seed CX has redacted the identity of Seed's investor in two different documents. One is the email attached as Exhibit 4. The other is Exhibit 7, which contains contemporaneous notes of a call in which Seed CX's investors are identified. As also discussed in the Woodford Declaration, Seed CX's investors are not generally known at this time.

Seed moves for leave to file these three documents under seal and to maintain the above redactions.

September 4, 2018                                                    Respectfully Submitted,


                                                 By: /s/ *Katharine A. Roin*

                                                 Matthew R. Ford (ARDC# 6292833)
                                                 matthew.ford@bartlit-beck.com
                                                 Katharine A. Roin (ARDC# 6302872)
                                                 kate.roin@bartlit-beck.com
                                                 Bartlit Beck Herman Palenchar & Scott LLP
                                                 54 West Hubbard Street, Suite 300
                                                 Chicago, IL 60654
                                                 Phone: (312) 494-4400
                                                 Facsimile: (312) 494-4440

                                                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Katharine A. Roin, hereby certify that on September 4, 2018, I filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to all counsel of record.

By: /s/ *Katharine A. Roin*

Katharine A. Roin (ARDC# 6302872)
kate.roin@bartlit-beck.com
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312) 494-4400

*Attorney for Plaintiff*