**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Seed CX Ltd.
                                             Plaintiff,

v.                                                         Case No.: 1:18−cv−06022
                                                             Honorable Gary Feinerman

Russell Andersson, et al.
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 4, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motions for leave to file under seal [5], [8], and [14] are granted. Plaintiff may file under seal the designated materials. This order is without prejudice to any party or non−party moving to unseal the materials. Motion for leave to file excess pages [16] is granted. At the 9/5/2018 hearing, the court will ask Plaintiff whether and, if so, how and when Defendants were served with the complaint, the moving papers, and the notices of motion.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.