# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Seed CX Ltd.

        Plaintiff,

v.                Case No.: 1:18−cv−06022
                    Honorable Gary Feinerman

Russell Andersson, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 5, 2018:

  MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons stated on the record, Plaintiff's emergency motion for a temporary restraining order and preliminary injunction [11] is granted in part as to the temporary restraining order and entered and continued as to the preliminary injunction. Enter temporary restraining order (TRO). The TRO shall expire 9/19/2018 at noon Central Time. Status hearing set for 9/18/2018 at 9:00 a.m. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.