**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: SEED CX LTD. v. RUSSELL ANDERSSON, et al.

Case Number: 18 C 6022

An appearance is hereby filed by the undersigned as attorney for:
Defendants, Russell Andersson and Health Care Analytics, LLC

Attorney name (type or print): Debra Bernard

Firm: Perkins Coie LLP

Street address: 131 South Dearborn Street, Suite 1700

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6191217
(See item 3 in instructions)

Telephone Number: 312-324-8400

Email Address: DBernard@perkinscoie.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09/12/18

Attorney signature: S/ Debra Bernard
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015