IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEED CX LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>RUSSELL ANDERSSON and HEALTH CARE ANALYTICS, LLC,<br><br>  Defendants. | Case No. 18-cv-6022<br><br>The Hon. Gary Feinerman |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE OF SETTLED ACTION</u>**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiff Seed CX Ltd. in the above-captioned matter against the named defendants are dismissed in their entirety with prejudice. Each party to bear its own attorneys' fees and costs.

DATED:  December 18, 2018

| PERKINS COIE LLP | BARTLIT BECK LLP |
|---|---|
| */s/ Douglas L. Sawyer* | */s/ Katharine A. Roin* |
| Douglas L. Sawyer (ARDC# 6275849) | Katharine A. Roin (ARDC# 6302872) |
| Debra R. Bernard (ARDC# 6191217) | Matthew R. Ford (ARDC# 6292833) |
| Stephanie J. Nelson (ARDC# 6321208) | 54 West Hubbard Street, Suite 300 |
| 131 South Dearborn Street, Suite 1700 | Chicago, IL 60654 |
| Chicago, Illinois 60603 | Phone: (312) 494-4400 |
| Phone: (312) 324-8400 | Facsimile: (312) 494-4440 |
| Facsimile: (312) 324-9400 | kate.roin@bartlit-beck.com |
| DSawyer@perkinscoie.com | matthew.ford@bartlit-beck.com |
| DBernard@perkinscoie.com | |
| SJNelson@perkinscoie.com | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I, Katharine A. Roin, hereby certify that on December 18, 2018, I filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to all counsel of record.

By: /s/ *Katharine A. Roin*
Katharine A. Roin (ARDC# 6302872)
kate.roin@bartlit-beck.com
Bartlit Beck LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312) 494-4400

*Attorney for Plaintiff*